

Peter Saltzman (SBN 169698)
Shawn C. Groff (SBN 248022)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendants San Francisco Culinary Bartenders and
Service Employees Pension Fund

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN AND
JOHN E. SUGUITAN,

      Plaintiffs,

v.

SAN FRANCISCO CULINARY BARTENDERS
AND SERVICE EMPLOYEES PENSION FUND,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C 07-05113 JSW

**SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND'S
ANSWER AND AFFIRMATIVE
DEFENSES**

NOW COMES, the San Francisco Culinary Bartenders and Service Employees Pension

Fund (hereinafter referred to as "Defendant Fund") for its Answer to the Complaint herein avers

as follows:

    1.    Defendant Fund is without sufficient information to form a belief as to the truth or

falsity of the allegations contained in Paragraph 1 of the Civil Complaint and, therefore, denies

the same.

    2.    Defendant Fund denies the allegations contained in Paragraph 2 of the Civil

Complaint.

    3.    Defendant Fund admits that its Board of Trustees denied claims made by

Plaintiffs Juanita E. Suguitan and John E. Suguitan but denies the remaining allegations

contained in Paragraph 3 of the Civil Complaint.

1

1    4.    Defendant Fund denies the allegations contained in Paragraph 4 of the Civil
2    Complaint.

3    5.    Defendant Fund denies the allegations contained in Paragraph 5 of the Civil
4    Complaint.

5    6.    Defendant Fund hereby denies any remaining allegations in the Civil Complaint
6    not heretofore specifically admitted to be true.

7    **AFFIRMATIVE DEFENSES**

8    Defendant Fund affirmatively alleges the following affirmative defenses:

9    **FIRST AFFIRMATIVE DEFENSE**

10    AS A FIRST SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL
11    COMPLAINT, Defendant Fund alleges that the Civil Complaint and all Claims for Relief
12    contained therein fail to state a claim upon which relief may be granted.

13    **SECOND AFFIRMATIVE DEFENSE**

14    AS A SECOND SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL
15    COMPLAINT, Defendant Fund alleges that this Court lacks subject matter jurisdiction over the
16    claims alleged in Plaintiffs' Civil Complaint.

17    **THIRD AFFIRMATIVE DEFENSE**

18    AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL
19    COMPLAINT, Defendant Fund alleges that Plaintiffs' claims are barred by applicable statutes of
20    limitation.

21    **FOURTH AFFIRMATIVE DEFENSE**

22    AS A FOURTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL
23    COMPLAINT, Defendant Fund alleges that Plaintiff John E. Suguitan's claims are barred
24    because he has  failed and refused to exhaust his administrative remedies available to him prior
25    to initiating this action.

26

27

28

2

1

### FIFTH AFFIRMATIVE DEFENSE

2    AS A FIFTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL

3   COMPLAINT, Defendant Fund alleges that Plaintiffs have failed to join all necessary and/or

4   indispensable parties under Rule 19 of the Federal Rules of Civil Procedure.

5

### SIXTH AFFIRMATIVE DEFENSE

6    AS A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL

7   COMPLAINT, Defendant Fund alleges that Plaintiffs have waived their right to seek the relief

8   sought in the Civil Complaint.

9

### SEVENTH AFFIRMATIVE DEFENSE

10    AS A SEVENTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL

11   COMPLAINT, Defendant Fund alleges that the Civil Complaint and each claim for relief

12   contained therein are barred by the doctrine of laches.

13

### EIGHTH AFFIRMATIVE DEFENSE

14    AS AN EIGHTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL

15   COMPLAINT, Defendant Fund alleges that Plaintiffs have failed to join a real party in interest to

16   this matter.

17

### NINTH AFFIRMATIVE DEFENSE

18    AS A NINTH SEPARATE AND AFFIRMATIVE DEFENSE TO THE CIVIL

19   COMPLAINT, Defendant Fund alleges that it has insufficient knowledge and information on

20   which to form a belief as to whether it has additional, as yet, unstated, affirmative defenses, and

21   as such, Defendant Fund reserves herein its rights to assert additional affirmative defenses in the

22   event discovery indicates such defenses will be appropriate.

23   / / /

24   / / /

25   / / /

26

27

28

1    WHEREFORE, having fully answered Plaintiffs' Civil Complaint, Defendant San

2   Francisco Culinary Bartenders and Service Employees Pension Fund demands that Plaintiff

3   Juanita E. Suguitan's and John E. Suguitan's Civil Complaint be dismissed with prejudice and

4   that it be awarded their costs and reasonable attorney fees pursuant to ERISA § 502(g)(1);

5   29 U.S.C. § 1132(g)(1).

6

7   Dated: December 18, 2007                Respectfully submitted,
                                            **LEONARD CARDER, LLP**
8

9                                           By: _____

10                                          Peter Saltzman
                                            Attorneys for Defendants San Francisco
11                                          Culinary Bartenders and Service Employees
                                            Pension Fund
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                            4
28          DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES; Case No. C 07-05113 JSW

1

## PROOF OF SERVICE

2       I am a citizen of the United States and am employed in Alameda County. I am over the
age of eighteen (18) years and not a party to the within action. My business address is 1330
3   Broadway, Suite 1450, Oakland, CA 94612. On December 18, 2007, I served the following
document(s):

4

## SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES
5   ## PENSION FUND'S ANSWER AND AFFIRMATIVE DEFENSES

6   by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or
manners described below to each of the parties herein and addressed as below or stated on the
7   attached service list:

8

Juanita E. Suguitan                         John Suguitan
9   2509 La Union                            2509 La Union
Gonzales, Tubao                              Gonzales, Tubao
10   Philippines 601                          Philippines 601
Email: john_suguitan@yahoo.com               Email: john_suguitan12@yahoo.com

11      X   **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to email
12   address(es) designated.

13         **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of
the addressee(s) designated.

14      X   **BY RETURN RECEIPT FOR INTERNATIONAL MAIL:** I caused such envelope to
15   be deposited in the mail at my business address, addressed to the addressee(s) designated. I am
readily familiar with LEONARD, CARDER's practice for collection and processing of
16   correspondence and pleadings for mailing. It is deposited with the United States Postal Services
on that same day in the ordinary course of business.

17         **BY OVERNIGHT COURIER SERVICE:** I caused such envelope(s) to be delivered
18   via overnight courier service to the addressee(s) designated.

19       I declare under penalty of perjury under the laws of the State of California that the
20   foregoing is true and correct.

21       Executed at Oakland, California, on December 18, 2007.

22

23   Lorelei Badar

24

25

26

27

28