UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Juanita E. Suguitan
John E. Suguitan

CASE NO. C 07-05113 JSW

                    Plaintiff(s),

            v.                              NOTICE OF NEED FOR ADR PHONE
                                            CONFERENCE
San Francisco Culinary Bartenders and
Service Employees Pension Fund


                    Defendant(s).
     _____/


Counsel report that they have met and conferred regarding ADR and that they:

✓       have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 1/11/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Shawn C. Groff | Defendant | (510) 272-0169 | sgroff@leonardcarder.com |

The undersigned has attempted to reach the Plaintiffs via email (only expedient contact source) regarding the

ADR process but has been unable to get a response. Furthermore, the undersigned intends to file a Motion,

pursuant to ADR LR 3-3(c), for Relief from Automatic Referral.


*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*


Dated:_____

                                            _____
                                            Attorney for Plaintiff

Dated: 12/21/08                             Shawn C. Groff   _____
                                            Attorney for Defendant


Rev 12.05

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. I served the following document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

John Suguitan
2509 La Union
Gonzales, Tubao
Philippines 601
Email: john_suguitan12@yahoo.com.ph

___x___ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to email address(es) designated.

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

_____ **BY RETURN RECEIPT FOR INTERNATIONAL MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

_____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December 18, 2007.

___/s/ Lorelei Badar___
Lorelei Badar