# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 11, 2008          **Court Reporter:**  Lydia Zinn

**CASE NO. C-07-5113  JSW**

**TITLE:**  Juanita E. Suguitan, et al., v. San Francisco Culinary Bartenders and Service Employees Pension Fund

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

no appearance by or for Plaintiff(s)          Shawn Groff

**PROCEEDINGS:  Initial  Case Management Conference**

**RESULTS:**          **Close of fact discovery:  6-30-08**

            **Expert Disclosure:  7-14-08**

            **Hearing on dispositive motions (if any):  9-19-08 at 9:00 a.m.**

            **Pretrial Conference:  11-24-08 at 2:00 p.m.**

            **Trial:  12-8-08 at 8:30 a.m. (2 day est.)**

            **An Order to Show Cause shall issue for the Plaintiff(s) for Failure to Appear and Prosecute this matter.**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN et al,

        Plaintiff,

  v.

SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND et al,

        Defendant.

_____/

Case Number: CV07-05113 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Juanita  Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Peter Warren Saltzman
Shawn C Groff
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland,  CA 94612

Dated: January 11, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk