IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN, et al., | |
| Plaintiffs, | No. C 07-5113 JSW |
| v. | |
| SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| Defendant. | |

This matter came before the Court for a case management conference on Friday, January 11, 2008. On October 11, 2007, this Court issued an Order setting the January 11, 2008 date for the case management conference, which requires parties and/or their lead counsel to appear. That Order also requires submission of a case management statement seven days before the case management conference. Plaintiffs, appearing *pro se*, failed to appear for that case management conference.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than February 29, 2008, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by **February 29, 2008** shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

*Jeffrey S. White*

1  Dated: January 14, 2008

2  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN et al,

    Plaintiff,

    v.

SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND et al,

    Defendant.

Case Number: CV07-05113 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Juanita Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Peter Warren Saltzman
Shawn C Groff
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

Dated: January 14, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California

2