IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suguitan,<br><br>         Plaintiff,<br><br>   v.<br><br>San Francisco Culinary Bartenders & Service Employ,<br><br>         Defendant.        / | No. CV07-05113 JSW<br><br>**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** |

Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.    DATES**

Trial Date:    12/8/2008, at 8:30 a.m., 2 days

Pretrial Conference:  Monday, 11/24/2008, at 2:00 p.m.

Last Day to Hear Dispositive Motions:  Friday, 9/19/2008, 9:00 a.m.

Last Day for Expert Disclosure: 7/14/2008

Close of Non-expert Discovery: 6/30/2008

**B.    DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  January 14, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN et al,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND et al,<br><br>    Defendant. | Case Number: CV07-05113 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Juanita Suguitan
25001 La Union
Gonzales, Tubao
Phillipines,   20001

Peter Warren Saltzman
Shawn C Groff
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

Dated: January 14, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk