IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN AND<br>JOHN E. SUGUITAN,<br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO CULINARY BARTENDERS<br>AND SERVICE EMPLOYEES PENSION FUND,<br>    Defendants. | Case No. C 07-05113 JSW |



## GENERAL MOTION

Come now undersigned unrepresented Plaintiffs most respectfully aver:

That on January 23, 2008 they received this Court's Civil Minute Order, Order To Show Cause Why Case Should Not Be Dismissed For Failure To Prosecute, and Order Scheduling Trial And Pretrial Matters;

That on January 22, 2008 they sent all copies of their initial pleadings thru express mail, and they significantly responded to the order for failure to prosecute in the sense that they had previously requested for appointment of counsel or an Amicus Curiae to present arguments in support of Plaintiffs during any stage of the proceedings specifically during the oral argument;

That their failure to personally appear in any stage of the proceedings before this Court can be waived for reason of financial hardships, therefore, they are compelled to mail their succeeding pleadings to this Court for filing in consonance with the Equal Protection provision of the U.S. Constitution and the Equal Access to Justice Act as in fact this case does not declare the U.S. as the defendant, rather, a private firm is the one concerned so this firm is not immune from being sued.

In view of the foregoing Plaintiffs prefer the Georgetown University or the HOGAN & HARTSON L.L.P., 555 13th Street, N.W. Washington, D.C. 20004 (202)637-6536 to represent Plaintiffs' as Amici to ensure a fair and impartial legal conflict.

## PRAYER

It is respectfully prayed that Plaintiffs' cited requests be considered compassionately and granted for the interest of justice.

Done this 24th of January, 2008 in Tubao, 2509 La Union, PHILIPPINES for California, U.S.A.

*JUANITA E. SUGUITAN*
Pro Se Plaintiff IFP

*JOHN E. SUGUITAN*
Pro Se Plaintiff IFP

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of January, 2008 we had served copy of the foregoing by first class mail postage prepaid to: Shawn C. Groff, LEONARD CARDER, LLP, Attorneys, 1330 Broadway Suite 1450, Oakland, California 94612, U.S.A.

We further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*JUANITA E. SUGUITAN*
Pro Se Plaintiff IFP

*JOHN E. SUGUITAN*
Pro Se Plaintiff IFP