

From: Juanita E. Suguitan & John E. Suguitan
Gonzales, Tuboo
2509 La Union
PHILIPPINES 601

To: The Clerk of Court
Office of the Clerk, U.S. District Court
450 Golden Gate Avenue
San Francisco, California 94102
U.S.A.

Registered with Return Card