IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN, et al., | |
| Plaintiffs, | No. C 07-05113 JSW |
| v. | |
| SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, | **ORDER DENYING MOTION TO SEEK UNITED STATES VISA** |
| Defendant. | |

On February 29, 2008, this Court discharged its Order to Show Cause as to why the case should not be dismissed for failure to prosecute. Plaintiffs were then advised that any future failure to appear or to file required documents will be sanctioned, up to and possibly including, by dismissal of this case. In addition, Plaintiffs' request for appointment of counsel was denied and they were advised that the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing pro bono counsel.

On March 13, 2008, the Court received a "Motion to Seek US Visa" filed by Plaintiffs. There is no authority upon which the Court may grant Plaintiffs a United States visa. The motion is therefore DENIED. Plaintiffs, citizens of the Philippines, filed this matter in the United States and are responsible for prosecuting the case, with or without the aid of pro bono counsel.

**IT IS SO ORDERED.**

Dated: March 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN et al,

    Plaintiff,

  v.

SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND et al,

    Defendant.
                               /

Case Number: CV07-05113 JSW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
Gonzales, Tubao, 2509
La Union,   601

Juanita Suguitan
Gonzales, Tubao, 2509
La Union,   601

Dated: March 17, 2008

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk