Peter Saltzman (SBN 169698)
Shawn C. Groff (CSB No. 248022)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
PH:  510-272-0169
FAX: 510-272-0174

Attorneys for Defendants
SAN FRANCISCO CULINARY BARTENDERS AND
SERVICE EMPLOYEES PENSION FUND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN and<br>JOHN E. SUGUITAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO CULINARY BARTENDERS<br>AND SERVICE EMPLOYEES PENSION FUND,<br><br>    Defendants. | Case No. C 07-05113 JSW<br><br>**SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND'S Rule 26(a) CERTIFICATION** |

NOW COMES, the San Francisco Culinary Bartenders and Service Employees Pension Fund (hereinafter referred to as "Defendant Fund") and pursuant to the Court's January 14, 2008 Order, provides its Certification of its Supplementation of Disclosures pursuant to Federal Rules of Civil Procedure 26(a).

On January 3, 2008 Defendant Fund served both Plaintiffs with initial disclosures consisting of the names of two (2) individuals involved in the administration of the Fund and copies of twenty-six (26) documents related to the Fund's operation and the denial of Plaintiff's claims at the Fund level. At that time the undersigned thought that all initial disclosures had been made and that supplementation would not be necessary.

However, during a recent review of documents in preparation for a Motion for Summary Judgment the undersigned felt that, to err on the side of caution, some additional documents

DEFENDANT'S RULE 26(a) CERTIFICATION; Case No. C 07-05113 JSW
1

should be disclosed in the event they are utilized by Defendant Fund in the Summary Judgment or trial process. Accordingly, on June 30, 2008 the undersigned forwarded three (3) supplemental written items to both Plaintiffs and copies of four (4) additional written documents to Plaintiff John E. Suguitan (which consisted of copies of letters submitted by Plaintiff Juanita Suguitan to the Defendant Fund, to the extent that she has not already provided him with copies of the same). These documents were served upon Plaintiffs via email and UPS International.

The undersigned now believes that all supplementation has been completed.

Dated: June 30, 2008

Respectfully submitted,
**LEONARD CARDER, LLP**

By: _____
Peter Saltzman
Shawn C. Groff
Attorneys for Defendants San Francisco
Culinary Bartenders and Service Employees
Pension Fund

DEFENDANT'S RULE 26 (a) CERTIFICATION; Case No. C 07-05113 JSW

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On June 30, 2008 I served the following document(s):

SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND'S RULE 26(a) CERTIFICATION

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

| John Suguitan | Juanita Suguitan |
| 2509 La Union | 2509 La Union |
| Gonzales, Tubao | Gonzales, Tubao |
| Philippines 601 | Philippines 601 |
| Email: john_suguitan12@yahoo.com.ph | |

___x___ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to email address(es) designated.

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

_____ **BY MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

___X___ **BY UPS INTERNATIONAL COURIER SERVICE:** I caused such envelope(s) to be delivered via UPS International courier service to the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 30, 2008.

/s/ Kathleen Hayes
Kathleen Hayes