IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN, et al.,

        Plaintiffs,

v.

SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND,

        Defendant.

FILED

08 JUN 30 PM 12: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. C 07-05113 JSW

## SUPPLEMENT TO GENERAL MANIFESTATIONS OF PLAINTIFFS DATED APRIL 1, 2008

Come now pro se plaintiffs and unto this Honorable Court most respectfully manifest :

That the order of this Court dated Feb. 19, 2008 denied the appointment of plaintiffs' counsel or amicus curiae;

That in said Gen. Manifestation of plaintiffs they contended that " their non-appearance can be cured by FRC 4(j) and Rule 4(d)(4), and hearing can be substituted by filing their Brief to be judicially reviewed based on the records and pleadings as a whole";

That the provision of 28 USC Sec. 1915(e)(1) allows a Court to request an attorney to represent any person unable to afford counsel;

That in compliance with the advice of this court for plaintiffs to secure a pro bono counsel in its order of Feb. 19, 2008, they did so but the Pro Bono Program declined (see "Annex A");

That plaintiffs are now in the predicament to manage their case (though no court resolution yet over plaintiffs' said Gen. Manifestation);

That in order to harmonize this difference plaintiffs hereby

proposes a paralegal counsel to represent them to a limited extent, one GLORIOSO S. GANUELAS who is an authorized agent of litigants in the Dept. of Veterans Affairs in the Philippines and even in Washington, DC, whose postal address is No. 115 Sevilla Norte, San Fernando City, 2500 La Union, Philippines with Cellphone No.09194653553, and all processes of this Court and pleadings or motions of defendant can be furnished him to the extent that he can conduct the procedure of settlement and dismissal of this case upon proper ADR for the benefits of both parties, to ease the burden of this Court.

In view of the foregoing above alternative, herein plaintiffs shall be able to successfully monitor their case thru simplification of issues involved.

Done this 21 day of June, 2008 in Gonzales, Tubao, 2509 La Union, PHILIPPINES for California, U.S.A.

*Juanita E. Suguitan*
JUANITA E. SUGUITAN
Pro Se Plaintiff IFP

*John E. Suguitan*
JOHN E. SUGUITAN
Pro Se Plaintiff IFP

With My Conformity:
GLORIOSO S. GANUELAS

### Certificate of Service

This is to certify that on this 21 day of June, 2008 we had served copy of the foregoing by first class mail postage prepaid to : Shawn C. Groff, LEONARD CARDER, LLP, Attorneys, 1330 Broadway Suite 1450, Oakland, California 94612, U.S.A.

*Juanita E. Suguitan*
JUANITA E. SUGUITAN
Pro Se Plaintiff IFP

*John E. Suguitan*
JOHN E. SUGUITAN
Pro Se Plaintiff IFP

# THE VETERANS CONSORTIUM
# PRO BONO PROGRAM

*Providing Representation to Veterans at the U.S. Court of Appeals for Veterans Claims*

April 15, 2008

**EXECUTIVE BOARD**

CHAIRMAN

Jeffrey Stonerock, Esq.
Baker Botts L.L.P.

BOARD MEMBERS

Peter S. Gaytan
*Director, National Veterans Affairs and Rehabilitation Commission*
The American Legion

Landon E. Overby
*Senior Appellate Counsel*
Disabled American Veterans

Ronald B. Abrams, Esq.
*Joint Executive Director*
National Veterans Legal Services Program

William S. Mailander, Esq.
*General Counsel*
Paralyzed Veterans of America

**COMPONENT DIRECTORS**

Brian D. Robertson, Esq.
*Director, Case Evaluation & Placement*
701 Pennsylvania Avenue, N.W.
Suite 131
Washington, D.C. 20004
brianr@vetsprobono.org

Meg Bartley, Esq.
*Director, Outreach & Education*
1600 K Street, N.W.
Suite 500
Washington, D.C. 20009
meg_bartley@nvlsp.org

www.vetsprobono.org

Juanita E. Suguitan
& John E. Suguitan
Gonzales, Tubao
2509 La Union
Republic of the Philippines 601

*Annex "A"* (handwritten)

**Re: Request for Assistance**

Dear Mr. and Mrs. Suguitan:

   Thank you for your recent letter inquiring if the Pro Bono Program could be of assistance to you. Unfortunately we cannot be of assistance.

   The Veterans' Consortium Pro Bono Program is a congressionally funded program that was created to provide free counsel to veterans with VA claims pending before the U.S. Court of Appeals for Veterans Claims (CAVC). The legislation that created the program is very specific in limiting persons to whom we may provide counsel only to those veterans who have received a "final decision" from the Board of Veterans Appeals (BVA) and have appealed that decision to CAVC. To put it a bit more simply, the "mission" of the Pro Bono Program is to provide assistance, if possible, to unrepresented appellants with an active appeal at the U.S. Court of Appeals for Veterans Claims.

   Based on your letter, you have requested assistance in the areas of pension law, fiduciary relationships and the Rules of Federal Procedure for a US District Court, all of which are beyond the "mission" of the Program. Therefore, I must advise that we cannot be of assistance to you at this time. As noted, we have a limited mission, and we are required by law stick to that mission.

   Additionally, for a variety of professional and ethical reasons, we cannot provide legal opinions, legal analyses or provide advice, nor do we recommend lawyers nor do we release information about them.

Sincerely,
THE VETERANS CONSORTIUM
PRO BONO PROGRAM

D. H. Myers, Esq.
Deputy Director (Case Evaluation)
Case Evaluation & Placement Component