IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN and<br>JOHN E. SUGUITAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO CULINARY BARTENDERS<br>AND SERVICE EMPLOYEES PENSION FUND,<br><br>    Defendants. | Case No. C 07-05113 JSW<br><br>RESPONSE TO SAN FRANCISCO<br>CULINARY BARTENDERS AND<br>SERVICE EMPLOYEES PENSION<br>FUND'S<br>Rule 26(a) CERTIFICATION |

That the said Certification of defendants dated June 30, 2008 is hereby leniently accepted as a reconstitution of the records of this case;

That the most important document that defendant submitted to herein plaintiffs is the January 7, 2008 letter of Darlene Wiebelhaus to the Human Resources of San Francisco Culinary Bartenders and Service Employees Welfare Fund (Annex "A"), and this document is a clear admission of liability of defendants to plaintiffs as said letter plaintiffs provided cash payment of $2000 to Juanita E. Suguitan that may have been used for the burial and funeral expenses of member Pedro T. Suguitan, meaning, Juanita E. Suguitan is fully entitled to death benefits and Family Protection Plan of the Bartenders, and inorder to make this ultimate issue as deciding factor of this case, it is now respectfully prayed of this court to discard any and all further proceedings because this Annex "A" will settle once and for all the outcome of the case in favor of plaintiffs.

## PRAYER

It is respectfully prayed of this Honorable Court to issue an order directing the San Francisco Culinary Bartenders and Service Employees Pension Fund to afford plaintiffs their lawful dues in the course of an amicable settlement (off-the-records) for the convenience of both parties and for judicial economy.

Done this 5th day of July, 2008 in Gonzales, Tubao, 2509 La Union, PHILIPPINES for California, U.S.A.

*Juanita E. Suguitan*
JUANITA E. SUGUITAN
Pro Se Plaintiff IFP

*John E. Suguitan*
JOHN E. SUGUITAN
Pro Se Plaintiff IFP

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of July, 2008 we had served copy of the foregoing by first class mail postage prepaid to: Shawn C. Groff, LEONARD CARDER, LLP, Attorneys, 1330 Broadway Suite 1450, Oakland, California 94612, U.S.A.

*Juanita E. Suguitan*
JUANITA E. SUGUITAN
Pro se Plaintiff IFP

*John E. Suguitan*
JOHN E. SUGUITAN
Pro Se Plaintiff IFP

UNITED OF OMAHA LIFE INSURANCE COMPANY
8-GROUP LIFE CLAIMS
3300 MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175-0000
1-800-775-8805
FAX# 402-351-8565



January 7, 2008

ATTN: HUMAN RESOURCES
SAN FRANCISCO CULINARY BARTENDERS
& SERVICE EMPLOYEES WELFARE FUND
642 HARRISON ST
SAN FRANCISCO CA 94107

Annex "A"

Claim No GL: 10019959
Group Policy No: GLUG-21Y8
Re: Pedro Suguitan

Dear Sir or Madam:

I am writing in response to your recent phone call regarding life insurance benefits, on behalf of Pedro Suguitan, under the above group policy.

According to our records, benefits in the amount of $2,000.00 were paid to Juanita Suguitan on March 24, 1998.

If you should have any questions, please contact me at the address on this letterhead or toll free at 1-800-775-8805.

Sincerely,

Darlene Wiebelhaus
Group Life Claims