Shawn C. Groff (SBN 248022)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendants San Francisco Culinary Bartenders and
Service Employees Pension Fund

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN AND JOHN SUGUITAN,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND,<br><br>Defendants. | Case No. C 07-05113 JSW<br><br>SECOND DECLARATION OF KIRSTEN BROOKS |

I, Kirsten Brooks, am employed by Associated Third Party Administrators, which provides administrative and record keeping services for the San Francisco Culinary, Bartenders and Services Employees Trust Funds ("Trust Funds"). These Trust Funds include the San Francisco Culinary Bartenders and Service Employees Pension Fund ("Pension Fund"). I am the Fund Manager for the Trust Funds and have worked in this capacity for over 25 years. I have personal knowledge of the facts set forth below and could and would competently testify to them if called as a witness in this matter.

1.  The Pension Fund is an employee benefit pension plan established and maintained pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1002(2) and pursuant to Section 302 of the Labor Management Relations Act.

1

SECOND DECLARATION OF KIRSTEN BROOKS

2. The Pension Fund's records reflect that former Participant Pedro Suguitan and Juanita Estonilo were married in the Philippines on January 27, 1983. A true and accurate copy of the Marriage Contract is attached hereto as Exhibit A.

3. Pedro Suguitan received monthly benefits, in the amount of $96.45 per month, from May 1, 1971 until his death on December 27, 1997.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of August, 2008, in San Francisco, California.

Kirsten Brooks

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169    FAX (510) 272-0174

---

2

SECOND DECLARATION OF KIRSTEN BROOKS

**EXHIBIT A**

MUNICIPAL FORM No. 97—(Form No. 13)

REGISTER NO. 48 (P-63)

CERTIFIED XEROX COPY FROM THE ORIGINAL

DATE June 3, 2005

# MARRIAGE CONTRACT

City or Municipality of Rosario, Province of La Union

JESSIE FLOR P. GONZAGA
Municipal Civil Registrar

| | HUSBAND | WIFE |
|---|---|---|
| Contracting Parties | Pedro C. Suguitan | Juanita Estonilo |
| (a) Age | 79 years old | 45 years old |
| (b) Nationality | Filipino | Filipino |
| (c) Residence | Tubao, La Union | Tubao, La Union |
| Single, widowed or divorced | widower | widow |
| Father | Eusebio Suguitan (deceased) | Trinidad Estonilo |
| Nationality | Filipino | Filipino |
| Mother | Paulina Tavas | Gregoria Vereales |
| Nationality | Filipino | Filipino |
| Witnesses | Dominador Doria | Benido Fernando |
| Residence | Tubao, La Union | Sto. Tomas, La Union |
| Persons who gave consent or advice | | |
| (a) Residence | | |
| (b) Relation to contracting party | | |

Place of marriage { Office of the / House of / Bahid of / Church of } Municipal Judge

Date of marriage January 27, 1983

Marriage solemnized by Marianito A. Licudan

(a) Municipal Judge (Position)  (b) Rosario, La Union (Address)

THIS IS TO CERTIFY: That I, Pedro C. Suguitan and I, Juanita Estonilo, on the date and at the place above given, of our own free will and accord, and in the presence of the person solemnizing this marriage and of the two witnesses named below, both of age, take each other as husband and wife.

And I, Marianito A. Licudan, Municipal Judge (Position) CERTIFY: That on the date and at the place above written the aforesaid Pedro C. Suguitan and Juanita Estonilo were with their mutual consent lawfully joined together in holy matrimony by me in the presence of said witnesses, both of age; and I further certify that the Marriage License No. X X X X, issued at X X X X X on X X X X X X, 19__ in favor of said parties, was exhibited to me or no marriage license was exhibited to me, this marriage being of an exceptional character performed under Art. 76 of Rep. Act 386; and that consent or advice to such marriage was duly given, as required by law, by the person or persons above mentioned.

IN WITNESS WHEREOF, we signed, (or marked with our fingerprint) this certificate in triplicate this 27th day of January, 19 83.

PEDRO C. SUGUITAN (Contracting Party)

JUANITA ESTONILO (Contracting Party)

MARIANITO A. LICUDAN
(Judge, Justice of the Peace, Mayor, Priest, Minister, etc.)
Municipal Judge

WITNESSES

DOMINADOR DORIA

BENIDO FERNANDO

(See back)

18—100

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On August 11, 2008 I served the following document(s):

**SECOND DECLARATION OF KIRSTEN BROOKS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

| | |
|---|---|
| John Suguitan | Juanita Suguitan |
| 2509 La Union | 2509 La Union |
| Gonzales, Tubao | Gonzales, Tubao |
| Philippines 601 | Philippines 601 |
| Email: john_suguitan12@yahoo.com.ph | |

__X__ **BY ELECTRONIC MAIL:** I caused said document(s) to be transmitted to email address(es) designated.

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

__X__ **BY MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

__X__ **BY UPS INTERNATIONAL COURIER SERVICE:** I caused such envelope(s) to be delivered via UPS International courier service to the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 11, 2008.

                                                          /s/ Kathleen Hayes
                                                          Kathleen Hayes