Shawn C. Groff (SBN 248022)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant San Francisco Culinary Bartenders and Service Employees Pension Fund

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN, ET AL., | ) Case No. C 07-05113 JSW |
| Plaintiffs, | ) **PROPOSED ORDER** |
| v. | ) Date: September 19, 2008 |
| SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, | ) Time: 9:00 a.m. |
| | ) Courtroom: 2, 17th Floor |
| Defendant. | ) |

This matter came before this Court upon Defendant San Francisco Culinary Bartenders and Service Employees Pension Fund's filing of its Motion for Summary Judgment ("Motion"). (Doc. 23). On September 19, 2008 a hearing was held on this matter and consideration was given to the Motion and the supporting declarations of Kirsten Brooks (Docs. 24 & 25), Plaintiffs' Opposition to said Motion ("Opposition") (Doc. 26) and the Defendant's Reply to such Opposition ("Reply"). (Doc. 27).

ORDER

1

Based upon the Court's consideration of Defendant's Motion, the supporting Declarations of Kirsten Brooks, Plaintiffs' Opposition and the Reply, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Court finds that there exist no genuine issues of material fact and therefore Defendant is entitled to judgment against Plaintiffs as a matter of law. Accordingly, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
Honorable Jeffrey S. White

ORDER

2