IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA E. SUGUITAN, et al., | |
| Plaintiffs, | No. C 07-05113 JSW |
| v. | |
| SAN FRANCISCO CULINARY BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, | **ORDER VACATING HEARING** |
| Defendant. | |

The motion for summary judgment filed by Defendant San Francisco Culinary Bartenders and Service Employees Pension Fund is currently set for hearing on Friday, November 14, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for November 14, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: November 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE