Gonzales
Tubao
2509 La Union
PHILIPPINES 600

Pro Se

September 12, 2011

Re: Suguitan v. San Francisco Culinary Bartenders and
Service Employees

The Clerk
U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
U.S.A.

Your Honor:

With permission for leave, we respectfully reopen our case in this Court considering that our Petition for Writ of Certiorari at the Supreme Court was denied. I capitulated (see Annex "A"). This action is to <u>cure</u> the issue of our request for IFP before this Court in order that our appeal before the CA for the Ninth Circuit be entertained.

As a matter of fact the District Court had provided us a civil cover sheet for this Court to provide any docket number or it will use the original docket number in this Court (Docket No. C07-05113 JSW).

I hope for your kind approval.

Very truly yours,

*Juanita E. Suguitan*
JUANITA E/ SUGUITAN
Pro Se Petitioner IFP

*J. Suguitan*
JOHN L. SUGUITAN
Pro Se Petitioner IFP

cc: Shawn C. Groff
Leonard Carder, LLP Attorneys
1330 Broadway Suite
1450 Oakland, California 94612
U.S.A.

**DENIED**

*Jeffrey White*
Jeffrey S. White
United States District Judge
SEP 2 8 2011
Date

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN et al,

    Plaintiff,

v.

SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND et al,

    Defendant.

Case Number: CV07-05113 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
2509 La Union
Gonzales, Tubao
Phillipines,  601

Juanita Suguitan
2509 La Union
Gonzales, Tubao
Phillipines,  601

Dated: September 28, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk