Gonzales
Tubao
2509 La Union
PHILIPPINES 650

March 26, 2012

Re: Suguitan v. San Francisco Culinary Bartenders and
    Service Employees

The Clerk
U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102
U.S.A.

C 07-5113 JSW

Your Honor:

    We respectfully reiterate our request for <u>In Forma Pauperis</u> as explained in hereto attached Annex "B", and Annex "A" in the form of a letter of the U.S. Court of Appeals for the Ninth Circuit permits our said request. Annexes "A" and "B" are originals.

    Please afford us a day in Court to vindicate our fundamental rights for humanitarian reasons. Thank you.

Very truly yours,

JUANITA E. SUGUITAN
Pro Se Petitioner/ IFP

JOHN E. SUGUITAN
Pro Se Petitioner/ IFP

cc: Shawn C. Groff
    Leonard Carder, LLP Attorneys
    1330 Broadway Suite
    1450 Oakland, California 94612
    U.S.A.

DENIED
Jeffrey S. White
United States District Judge
Date APR 0 9 2012

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUANITA E. SUGUITAN et al,

       Plaintiff,

v.

SAN FRANCISCO CULINARY
BARTENDERS AND SERVICE
EMPLOYEES PENSION FUND et al,

       Defendant.

Case Number: CV07-05113 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Suguitan
2509 La Union
Gonzales, Tubao
Phillipines,  601

Juanita Suguitan
2509 La Union
Gonzales, Tubao
Phillipines,  601

Dated: April 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk