UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUANITA SUGUITAN,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO CULINARY BARTENDERS & SERVICE EMPLOYEE PENSION FUND,<br><br>   Defendant. | Case No. 25-cv-03264-LJC<br>*Also Filed in Case No.* 07-cv-05113-JSW<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
|---|---|

The above-captioned case purported to reopen Case No. 07-cv-05113-JSW. This case is therefore REFERRED sua sponte to Judge White pursuant to Civil Local Rule 3-12(c) to determine whether it is related to that previous case. The undersigned has separately issued a Report and Recommendation for dismissal. If Judge White determines that the cases are not related, this case will be reassigned to a randomly selected district judge for all further proceedings, including action on that recommendation.

**IT IS SO ORDERED.**

Dated: April 23, 2025

LISA J. CISNEROS
United States Magistrate Judge